IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DEMON LESLIE-CEBRIN WILLIAMS**                                              **PLAINTIFF**

v.                                                                    CAUSE NO. 1:16CV143-LG-RHW

**TROY PETERSON, Sheriff; EVAN
HUBBARD, Warden; E. LEGE,
Deputy Warden; C. ALFORD,
Classification Office Sgt.; and
HARRISON COUNTY, MISSISSIPPI**                                        **DEFENDANTS**

## JUDGMENT

This matter having come on to be heard on the Proposed Findings of Fact and Recommendation [50] entered by United States Magistrate Judge Robert H. Walker, the Court, after a full review and consideration of the Proposed Findings of Fact and Recommendation, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Proposed Findings of Fact and Recommendation [50] entered by United States Magistrate Judge Robert H. Walker, be, and the same hereby is, **ADOPTED** as the finding of this Court. This lawsuit is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 8th day of March, 2017.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE